UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ROBERT MONROE,
on behalf of himself and
all others similarly situated,

    Plaintiff,

    v.                      Case No. 21-cv-329

MARINE CREDIT UNION

    Defendant

## MOTION FOR SETTLEMENT APPROVAL

Named Plaintiff, Robert Monroe, on behalf of himself and all others similarly-situated, and Defendant, Marine Credit Union, jointly motion this Court for approval of the parties' settlement of this lawsuit in accordance with the Settlement Agreement and Release and Amendment to Settlement Agreement and Release, attached hereto as **Exhibit 1** ("Settlement Agreement").

For settlement purposes only, the parties seek final certification under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), of an FLSA collective consisting of the six (6) hourly-paid, non-exempt Mortgage Loan Representatives employed by Defendant within the two (2) years immediately preceding the filing of the Complaint (ECF No. 1) who recorded a meal period and/or rest break of short duration of less than thirty (30) consecutive minutes in Defendant's electronic timekeeping system and who filed their Consent to Join Forms with the Court (ECF No 17).

The parties believe that the Settlement Agreement is fair and reasonable because it fully and adequately resolves a *bona fide* wage dispute under the FLSA and satisfies this Court's criteria for collective action settlements. As such, the parties respectfully request that this Court:

1. Finally certify, for the purposes of settlement, this action as a collective action of the following individuals pursuant to the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. § 216(b)

> The six (6) hourly-paid, non-exempt Mortgage Loan Representatives employed by Defendant within the two (2) years immediately preceding the filing of the Complaint (ECF No. 1) who recorded a meal period and/or rest break of short duration of less than thirty (30) consecutive minutes in Defendant's electronic timekeeping system and who filed their Consent to Join Forms with the Court (ECF No 17).

2. Appoints Named Plaintiff, Robert Monroe, as Collective Representative for the FLSA Collective;

3. Appoints Walcheske & Luzi, LLC, as Collective Counsel for the FLSA Collective;

4. Approves the parties' Settlement Agreement as a fair and reasonable resolution of a *bona fide* wage dispute under the FLSA.

5. Instructs Defendant's counsel to provide Plaintiff's counsel with settlement checks for the Settlement Class within fourteen (14) calendar days of this Order;

6. Instructs Collective Counsel to promptly send the settlement checks to the FLSA Collective members via U.S. Mail following receipt of the settlement checks from Defendant's counsel;

7. Instructs that the FLSA Collective Members have one-hundred and twenty (120) days to cash their individual settlement checks, otherwise the individual settlement checks and amounts will revert to and be retained by Defendant;

8. Grants Named Plaintiff's unopposed request for approval of his individual service award, in the amount of $500.00, which the parties have stipulated and agreed is reasonable; and

9. Dismisses with prejudice the FLSA Collective members' released FLSA and WWPCL claims.

Dated this 16th day of December, 2022

By: *s/ David M. Potteiger*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
David M. Potteiger, SBN 1067009
Walcheske & Luzi, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
Email: dpotteiger@walcheskeluzi.com

*Attorneys for Plaintiff*

By: *s/ Keith E. Kopplin*
Keith E. Kopplin, SBN 1044861
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Pabst Boiler House
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: (414) 239-6400
Email: keith.kopplin@ogletree.com

*Attorneys for Defendant*