UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ROBERT MONROE,
on behalf of himself and
all others similarly situated,

        Plaintiff,

        v.

MARINE CREDIT UNION

        Defendant

Case No. 21-cv-329

---

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SERVICE AWARD**

---

NOW COMES Plaintiff, Robert Monroe, by and through his counsel, Walcheske & Luzi, LLC, and hereby respectfully Motions this Court for approval of Plaintiff's Service Award on the grounds set forth below.

1. The Settlement Agreement provides that Plaintiff, Robert Monroe, shall receive a service payment in the amount of $500.00 in recognition of his efforts as well as the benefit each FLSA Collective Member derived from Plaintiff's efforts, particularly his extensive participation in the investigation leading up to the filing of the lawsuit as well as the settlement processes. (ECF No. 20-1, ¶ 3.3(A).)

2. Plaintiff's Service Award was agreed-upon between the parties and negotiated separately from the amounts paid to the members of the FLSA Collective. (ECF No. 20-1, ¶ 3.3(B).) Ultimately, the approval of Plaintiff's Service Award by this Court will not affect, in any way, the amounts paid to the Settlement Class via the settlement. (*Id*.)

3. The Seventh Circuit has recognized that collective and class representatives may be entitled to incentive awards. *See Spicer v. Chi. Bd. Options Exch.*, 844 F. Supp. 1226, 1267 (N.D. Ill. 1993) (citing *In re Cont'l Ill. Sec. Litig.*, 962 F.2d 566, 571 (7th Cir. 1992)). The amount of the award can reflect the extent to which the class has benefitted from the plaintiff's efforts to protect the interests of the class and the amount of time and effort expended. *See Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998).

4. For example, in *Benoskie v. Kerry Foods, Inc.*, the court approved a $5,000.00 service award. 19-cv-684, ECF No. 14 (November 12, 2019) (Pepper, P.) In *Benoskie*, even though the Plaintiff did not participate in discovery, this Court recognized that the settlement agreement paid "each member of the collective approximately 150% of the overtime due" thereby justifying the award. *Id.*

5. Here, each member of the FLSA Collective Member received a minimum of $12.50 for each unpaid meal period, which constitutes one hundred percent (100%) of their unpaid wages and an additional amount as statutory "liquidated" damages.

6. Moreover, for a year, Plaintiff has been instrumental in assisting Collective Counsel in this case, including pre-suit investigation (*e.g.,* identifying potential witnesses, documents, and putative collective members) and negotiating and executing the final Settlement Agreement. (Declaration of David M. Potteiger, ¶ 15.)

7. The proposed service award of $500.00 is less than those which district courts have routinely awarded in this circuit. *Chesemore v. All. Holdings, Inc.*, 2014 WL 4415919, at *5 (W.D. Wis. Sept. 5, 2014), *aff'd sub nom. Chesemore v. Fenkell*, 829 F.3d 803 (7th Cir. 2016) (recognizing that service awards are commonly between $5,000 and $25,000); *See also*, *Wright v. Denali Staffing, LLC*, 20-cv-1185, ECF No. 39 (E.D. Wis., December 10, 2021) (Adelman, J.)

($2,500.00); *McDaniel v. The Laureate Group, Inc., et. al.*, 20-cv-1870, ECF No. 38 (E.D. Wis., December 3, 2021) (Ludwig, J.) ($2,500.00); *Imes v. Amalga Composites, Inc.,* 19-cv-1130, ECF No. 40 (E.D. Wis., September 21, 2021) (Adelman, J.) ($5,750.00); *Kelly v. Hudapack Metal Treating, Inc.,* 20-cv-130, ECF No. 37 (June 24, 2021) (Ludwig, B.) ($3,000.00); *Hoaglan v. Heritage Senior Living, LLC*, 19-cv-1361, ECF No. 30 (March 19, 2021) (Adelman, L.) ($5,000.00); *Henderson, et. al. v. Russ Darrow Group, Inc.,* 19-cv-1421, ECF No. 51 (E.D. Wis. March 16, 2021) (Stadtmueller, J.) ($5,000.00); *Merschdorf v. D.C. Industries, Inc., et. al.*, Case No. 19-cv-1037, ECF No. 45 (W.D. Wis. March 4, 2021) (Peterson, J.) ($5,000.00); *Henderson v. Automated Pet Care Products, Inc.*, Case No. 19-cv-1640, ECF No. 41 (E.D. Wis. February 9, 2021) (Adelman, L.) ($5,000.00); *Medina v. Automax Financial, LLC*, Case No. 19-cv-1582, ECF No. 41 (E.D. Wis. January 29, 2021) (Stadtmueller, J.) ($7,500.00); *Schmitt v. Color Craft Graphic Arts, LLC*, 19-cv-1705, ECF No. 40 (E.D. Wis., November 13, 2020) (Griesbach, J.) ($2,500.00); *Bills v. TLC Homes, Inc.*, Case No. 19-cv-148, ECF No. 53 (E.D. Wis. October 8, 2020) (Pepper, J.) ($3,500.00); *Clark v. Brunswick Corp.*, No. 19-cv-141, ECF No. 44 (E.D. Wis., May 22, 2020) ($2,500.00); *Doberstein v. East Wisconsin Savings Bank*, No. 18-cv-1931, ECF No. 35 (E.D. Wis., November 26, 2019) (Griesbach, J.) ($2,500.00); *Paswaters v. Krones, Inc.,* 19-cv-993, ECF No. 61 (E.D. Wis. July 12, 2019) (Stadtmueller, J.) ($7,500.00); *Eckstein v. St. Paul Elder Services, Inc.*, 19-cv-945, ECF No. 38 (E.D. Wis., June 28, 2019) (Griesbach, J.) ($2,500.00); *Slaaen, et al. v. Senior Lifestyle Corporation, et al.*, 18-cv-1562, ECF No. 92 (E.D. Wis. October 3, 2018) (Stadtmueller, J.) ($7,500.00); *Johnson v. National Technologies, Inc.,* No. 18-cv-462, ECF No. 57 (E.D. Wis., July 22, 2019) (Jones J.) ($8,500.00); *John Weninger v. General Mills Operations, LLC*, Case No. 2018-cv-321, ECF No. 93 (E.D. Wis. April 18, 2019) (Stadtmueller, J.)

($5,000.00); and *Tracy Gerlach v. West Revenue Generation Services, et. al.*, Case No. 2018-cv-170, ECF No. 91 (E.D. Wis. January 3, 2019) (Griesbach, J.) ($7,500.00).

**WHEREFORE**, Plaintiff respectfully requests that this Court grant his Motion for Approval of Service Award in the total amount of $500.00 as set forth above.

Dated this 16th day of December, 2022

WALCHESKE & LUZI, LLC
Counsel for Plaintiff

s/ *David M. Potteiger*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
David M. Potteiger, State Bar No. 1067009

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-mail: jwalcheske@walcheskeluzi.com
E-mail: sluzi@walcheskeluzi.com
E-mail: dpotteiger@walcheskeluzi.com